*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

1  Thomas F. Bertrand, State Bar No. 056560
   Michael C. Wenzel, State Bar No. 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:    (415) 353-0999
5  Facsimile:    (415) 353-0990
   Email:   mwenzel@bfesf.com
6

7  Attorneys for Defendant
   COUNTY OF ALAMEDA
8

9  Stephen J. Meyer, State Bar No. 75326
   Tory E. Griffin, State Bar No. 186181
10 Kelly Pope, State Bar No. 235284
   DOWNEY BRAND LLP
11 1420 Rocky Ridge Drive, Suite 250
   Roseville, California 95661
12 Telephone: (916) 771-6224
13 Facsimile: (916) 771-6225
   Email: smeyer@downeybrand.com
14 Email: tgriffin@downeybrand.com
15 Email: kpope@downeybrand.com

16 Attorneys for Plaintiffs
17 NET CONNECTION, LLC and WEB ACCESS, LLC

18

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21 NET CONNECTION, LLC, a California           Case No. C 13-1467 SI
   limited liability company; and WEB ACCESS,
22 LLC, a California limited liability company, **STIPULATED REQUEST TO CONTINUE**
                                                **DEFENDANT'S RESPONSIVE PLEADING**
23         Plaintiffs,                          **DEADLINE**

24 v.

25 COUNTY OF ALAMEDA

26         Defendants.

27

28

                                              1
STIPULATED REQUEST TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE
*Net Connection, et al. v. County of Alameda*
U.S.D.C. Northern District of CA Case No. 13-cv-1467 SI

Defendant COUNTY OF ALAMEDA and plaintiffs NET CONNECTION and WEB ACCESS, by and through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiffs filed a Complaint against defendant on April 2, 2013, and served the Complaint the same day.

2. Defendant's responsive pleading is therefore due April 23, 2013—21 days after the Complaint was served.

3. The Parties respectfully request the Court continue defendant's responsive pleading deadline from April 23, 2013 to April 30, 2013.

4. The Parties request that the Court approve this stipulation pursuant to Northern District of California Civil Local Rule 6-1, subdivision (a).

**IT IS SO STIPULATED.**

Dated: April 22, 2013                                  BERTRAND, FOX & ELLIOT

By:  /s/ *Michael C. Wenzel*
     Michael C. Wenzel
     Attorneys for Defendant
     COUNTY OF ALAMEDA

Dated: April 22, 2013                                  DOWNEY BRAND

By: /s/ *Tory E. Griffin*
    Tory E. Griffin
    Attorneys for Plaintiffs
    NET CONNECTIONS and WEB ACCESS

2

STIPULATED REQUEST TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE
*Net Connection, et al. v. County of Alameda*
U.S.D.C. Northern District of CA Case No. 13-cv-1467 SI