1    Thomas F. Bertrand, State Bar No. 056560

2    Michael C. Wenzel, State Bar No. 215388
     BERTRAND, FOX & ELLIOT

3    The Waterfront Building
     2749 Hyde Street

4    San Francisco, California 94109
     Telephone:     (415) 353-0999

5    Facsimile:     (415) 353-0990
     Email:   mwenzel@bfesf.com

6

7    Attorneys for Defendant
     COUNTY OF ALAMEDA

8

9    Stephen J. Meyer, State Bar No. 75326

10   Tory E. Griffin, State Bar No. 186181
     Kelly Pope, State Bar No. 235284

11   DOWNEY BRAND LLP
     1420 Rocky Ridge Drive, Suite 250

12   Roseville, California 95661
     Telephone: (916) 771-6224

13   Facsimile: (916) 771-6225
     Email: smeyer@downeybrand.com

14   Email: tgriffin@downeybrand.com

15   Email: kpope@downeybrand.com

16
     Attorneys for Plaintiffs

17   NET CONNECTION, LLC and WEB ACCESS, LLC

18

19                  UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21   NET CONNECTION, LLC, a California            Case No. C 13-1467 SI
     limited liability company; and WEB ACCESS,
22   LLC, a California limited liability company,   **STIPULATED REQUEST TO CONTINUE**
                                                    **DEFENDANT'S RESPONSIVE PLEADING**
23           Plaintiffs,                            **DEADLINE**

24   v.

25   COUNTY OF ALAMEDA

26           Defendants.

27

28

                                           1
STIPULATED REQUEST TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE
*Net Connection, et al. v. County of Alameda*
U.S.D.C. Northern District of CA Case No. 13-cv-1467 SI

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Defendant COUNTY OF ALAMEDA and plaintiffs NET CONNECTION and WEB ACCESS, by and through their respective attorneys of record, hereby stipulate as follows:

1.       Plaintiffs filed a Complaint against defendant on April 2, 2013, and served the Complaint the same day.

2.       Defendant's responsive pleading is therefore due April 23, 2013—21 days after the Complaint was served.

3.       The Parties respectfully request the Court continue defendant's responsive pleading deadline from April 23, 2013 to April 30, 2013.

4.       The Parties request that the Court approve this stipulation pursuant to Northern District of California Civil Local Rule 6-1, subdivision (a).

**IT IS SO STIPULATED.**

Dated:  April 22, 2013                                        BERTRAND, FOX & ELLIOT


By:  /s/ *Michael C. Wenzel*
          Michael C. Wenzel
          Attorneys for Defendant
          COUNTY OF ALAMEDA


Dated:  April 22, 2013                                        DOWNEY BRAND


By: /s/ *Tory E. Griffin*
          Tory E. Griffin
          Attorneys for Plaintiffs
          NET CONNECTIONS and WEB ACCESS

STIPULATED REQUEST TO CONTINUE DEFENDANT'S RESPONSIVE PLEADING DEADLINE
*Net Connection, et al. v. County of Alameda*
U.S.D.C. Northern District of CA Case No. 13-cv-1467 SI