IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NET CONNECTION LLC, | No. C 13-01467 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| COUNTY OF ALAMEDA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 1, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 30, 2014.

DESIGNATION OF EXPERTS: 3/28/14; REBUTTAL: 4/11/14.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 9, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by May 16, 2014;

   Opp. Due May 30, 2014;  Reply Due June 6, 2014;

   and set for hearing no later than June 20, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 2, 2014 at 3:30 PM.

JURY TRIAL DATE: September 15, 2014 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/23/14

*Susan Illston*

SUSAN ILLSTON
United States District Judge