DOWNEY BRAND LLP
STEPHEN J. MEYER (Bar No. 75326)
TORY E. GRIFFIN (Bar No. 1861 81)
KELLY L. POPE (Bar No. 235284)
1420 Rocky Ridge Dr., Suite 250
Roseville, CA 95661-2859
Telephone: (916) 773-2100
Facsimile: (916) 773-4004
Email: smeyer@downeybrand.com
       tgriffin@downeybrand.com
       kpope@downeybrand.com

Attorneys for Plaintiff
NET CONNECTION, LLC and WEB ACCESS, LLC

Thomas F. Bertrand, State Bar No. 056560
Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendant
COUNTY OF ALAMEDA

**IT IS SO ORDERED**
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NET CONNECTION, LLC, a California limited liability company; and WEB ACCESS, LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA,<br><br>    Defendants. | Case No. 3:13-cv-01467-SI<br><br>**STIPULATED REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br><br><br>**Hon. Susan Illston** |

The parties in the above-captioned case, by and through their counsel of record, hereby represent to the Court as follows:

1

STIPULATED REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
*Net Connection, et al. v. County of Alameda*
U.S.D.C. Northern District of CA Case No. 3:13-cv-01467-SI

1. On April 2, 2013, Plaintiff filed the Complaint initiating this action against Defendant County of Alameda.

2. On October 8, 2013, the Court Clerk issued a Notice that the Further Case Management Conference set for November 1, 2013 was continued to November 6, 2013.

3. Defendant's counsel is unavailable on November 6, 2013 because his appearance is required on that date at another Case Management Conference.

4. The parties stipulate to continue the Further Case Management Conference, currently scheduled for November 6, 2013, to December 6, 2013.

5. This continuance will not alter any event or deadline already fixed by Court order.

Dated: October 18, 2013                                DOWNEY BRAND LLP

                                                       By:    */s/ Tory E. Griffin*
                                                              Stephen J. Meyer
                                                              Tory E. Griffin
                                                              Attorneys for Plaintiff
                                                              NET CONNECTION, LLC and
                                                              WEB ACCESS, LLC

Dated: October 18, 2013                                BERTRAND, FOX & ELLIOT

                                                       By:    /s/ *Michael C. Wenzel*
                                                              Michael C. Wenzel
                                                              Attorneys for Defendant
                                                              COUNTY OF ALAMEDA

STIPULATED REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
*Net Connection, et al. v. County of Alameda*
U.S.D.C. Northern District of CA Case No. 3:13-cv-01467-SI