UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NET CONNECTION, LLC, *et al.*,

    Plaintiffs,

v.

COUNTY OF ALAMEDA,

    Defendant.

Case No. 13-cv-01467-SI

**ORDER RE: STAY**

On January 27, 2015, the Court approved the parties' stipulation and stayed this case. The Court directs the parties to file a statement every 90 days informing the Court of the status of the proceedings in *People v. Grewal*, 224 Cal.App.4th 527 (2014), *review granted* June 25, 2014. The first status statement is due 90 days from the date of this order.

**IT IS SO ORDERED**.

Dated: February 12, 2015

_____
SUSAN ILLSTON
United States District Judge