UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NET CONNECTION, LLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF ALAMEDA,<br><br>　　　　Defendant. | Case No.  13-cv-01467-SI<br><br>**ORDER TO FILE STATEMENT RE EFFECT OF CALIFORNIA SUPREME COURT DECISION IN PEOPLE V. GREWAL** |

On January 27, 2015, the Court approved the parties' stipulation and stayed this case, pending decision by the California Supreme Court on the appeal of *People v. Grewal*, 224 Cal.App.4th 527 (2014), *review granted* June 25, 2014.  On June 25, 2015, the California Supreme Court issued its decision, affirming the decisions of the courts below in that case.  *People ex rel. Green v. Grewal*, 61 Cal.4th 544 (2015).

Accordingly, **IT IS ORDERED that on or before August 14, 2015, the parties must file a Joint Statement, describing the impact of the Supreme Court's decision on this case and stating whether any party intends to pursue this action further**.  If so, this Court will schedule a Case Management Conference forthwith.

**IT IS SO ORDERED**.

Dated: August 6, 2015

_____
SUSAN ILLSTON
United States District Judge