

1  TORY E. GRIFFIN (SBN 186181)
   **HUNT JEPPSON & GRIFFIN, LLP**
2  1478 Stone Point Drive, Suite 100
   Roseville, CA  95661
3  Telephone:  (916) 780-7008
   Facsimile:   (916) 780-7118
4
5  Attorneys for Plaintiffs Net Connection,
   LLC and Web Access, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

–o0o–

| | |
|---|---|
| NET CONNECTION, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, WEB ACCESS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA,<br><br>Defendant. | NO.  C 13 1467 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own attorneys' fees and costs.

SO STIPULATED:

Dated: August 12, 2015                           **HUNT JEPPSON & GRIFFIN, LLP**

                                                 *s/ Tory E. Griffin*
                                                 TORY E. GRIFFIN
                                                 Attorneys for Plaintiffs
                                                 Net Connection, LLC and Web Access, LLC

| | |
|---|---|
| Dated: August 12, 2015 | BERTRAND, FOX & ELLIOT |
| | |
| | *s/ Michael C. Wenzel (authorized on 8/12/2015)* |
| | MICHAEL C. WENZEL |
| | Attorney for Defendant County of Alameda |

- 2 -

STIPULATION FOR DISMISSAL WITH PREJUDICE